# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Heather Call, being first duly sworn state:

1. Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June, 2004, and more specifically with the Special Victims Unit since July, 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code. I have previously been involved in criminal investigations concerning violations of federal laws. Those investigations included, but are not limited to, child exploitation and child pornography. Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2. I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force. I have participated in investigations involving sexual assaults, persons who collect and distribute child pornography, and the distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3. I was deputized as a Special Deputy United States Marshal on June 16, 2014. As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. This affidavit supports an application for a criminal complaint charging **KRISTIANA MUNRO TWEED-MCCORD**, with Coercion and Enticement, in violation of Title 18, United States Code, § 2422(b).

5. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **KRISTIANA MUNRO TWEED-MCCORD**, has committed a violation of Title 18, United States Code, § 2422(b).

## STATUTORY AUTHORITY AND DEFINITIONS

6. This investigation concerns alleged violations of Title 18, United States Code, § 2422, relating to coercion and enticement of a minor. Title 18, U.S.C. § 2422(b) provides that whoever, using the mail or any facility or means interstate or foreign commerce.... knowingly persuades, induces, entices, or coerces any individual who has not obtained the age of eighteen to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense or attempts to do so shall be fined under this title and imprisoned.

7. The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed

2

data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCIMSTANCES

8. On January 14, 2023, the mother of 11-year-old Jane Doe, L.C-V., contacted the FBI after locating inappropriate sexual messages on the tablet belonging to Jane Doe. J.C-V. lives in Florida with Jane Doe, while Jane Doe's father resides in Williamsburg, Virginia. L.C-V. stated the messages, over the social media application Wattpad, started in the beginning of December 2022 when Jane Doe was visiting her father Williamsburg, Virginia. L.C-V. identified the offender as a family friend named Kris Tweed-McCord, whom she believed was age 29, who had previously dated Jane Doe's older sibling. L.C-V. explained the comments from Tweed-McCord consisted of telling Jane Doe how to masturbate, stating she was horny, asking what happens when Jane Doe gets horny, and asking if Jane Doe has had an orgasm. Tweed-McCord messaged "I bet you look really cute naked" and "I kind of like saying dirty things to you". L.C-V. said Tweed-McCord sent Jane Doe an image of a penis based on comments made before and after the image was sent, but since it had been deleted, L.C-V. could not see the image.

9. On January 30, 2023, L.C-V. filed a police report with the James City County Police Department (JCCPD) for the same offense. L.C-V. reported Tweed-McCord is a transgender female and said Jane Doe and Tweed-McCord came in contact with each other during a holiday party in December 2022. Jane Doe had brought her tablet to the party and exchanged contact information with Tweed-McCord. L.C-V. was not comfortable with Jane Doe communicating with Tweed-McCord, since Tweed-McCord had previously dated Jane Doe's

3

older sibling and the break up did not go well. L.C-V. felt that Tweed-McCord might have exchanged contact information with Jane Doe to get close again with Jane Doe's sibling. L.C-V. went on Jane Doe's tablet to delete Tweed-McCord's contact information when she observed an application called Wattpad. Within that application, L.C-V. observed sexually explicit messages from Tweed-McCord to Jane Doe.

10. On January 31, 2023, your affiant spoke with L.C-V. on the phone. Shortly after the call, L.C-V. emailed your affiant screen shots of conversations she located on the Wattpad application on Jane Doe's tablet. A sample of the messages are as follows:

    a. Tweed-McCord: "When you're alone, put your hand between your legs, inside your panties, and rub back and forth"

    b. Tweed-McCord: "Thinking about you rubbing your cute little pussy made me horny and wanna rub my dick". Sent on January 6, 2023.

    c. Tweed-McCord: I'm gonna say a bunch of sex stuff so you get horny when you read this". Sent on January 7, 2023.

    d. Tweed-McCord: "Rub your hard little nipples, put a mirror between your legs so you can see your luffa and spread it open with your fingers". Sent on January 7, 2023.

    e. Tweed-McCord: "Lay in the bathtub and point the showerhead at your luffa, so the water hits your clitty and feels super tingly". Sent on January 7, 2023.

    f. Tweed-McCord: Think about me and Dess fucking, my cock up their ass, them whimpering, with their little dick hard". Sent on January 7, 2023.

    g. Tweed-McCord: "I'm naked and touching myself right now, my dick's really hard and I'm really horny". Sent on January 9, 2023.

    h. Tweed-McCord: "Do you have hair on your luufa yet?"

    i. Tweed-McCord: "I bet you look really cute naked". Sent on January 10, 2023.

    j. Tweed-McCord: "I kinda like saying dirty things to you too". Sent on January 10, 2023.

    k. Tweed-McCord: "I wanna teach you all kinds of fun perverted stuff". Sent on January 10, 2023.

11. On February 22, 2023, Jane Doe was forensically interviewed. Jane Doe said Tweed-McCord is her sibling's ex-boyfriend who is a transgender adult who now identifies as a female. Jane Doe met Tweed-McCord at a cookie swap around Christmas 2022. Jane Doe advised she told Tweed-McCord she was 11-years-old. Jane Doe told Tweed-McCord about the application Wattpad prior to leaving the party so they could communicate. Jane Doe also provided Tweed-McCord with her number for texting. When Jane Doe returned home, she had a message on Wattpad from Tweed-McCord. Jane Doe talked about the messages Tweed-McCord sent her as being about sex and male and female private parts. Tweed-McCord told Jane Doe what sex was like and said Jane Doe should have sex with Tweed-McCord. Tweed-McCord wanted to babysit Jane Doe so they could have sex. Jane Doe said Tweed-McCord made her rub her girl part with her hand once. Tweed-McCord sent Jane Doe an image of a penis that she believed belonged to Tweed-McCord.

12. On February 22, 2023, L.C-V. provided written consent for the examination of Jane Doe's tablet to Special Agent (SA) Eric Phillips. Due to a parental software program on the tablet, it took additional time to gain access to forensically examine it.

13. On July 12, 2023, your affiant reviewed the forensic examination of the tablet belonging to Jane Doe and observed the following text messages, which took place on January 11, 2023, to be of note:

    a. Tweed-McCord: "Hey. I can send you dirty pics now. Do you wanna see some of the stuff on my camera roll?"

    b. Jane Doe: "No, I'm fine I don't want [name redacted] seeing them"

    c. Tweed-McCord: "Okay, maybe later then"

    d. Tweed-McCord: "I kinda want to see your tits, just to compare them"

    e. Tweed-McCord sent a file, but since it had been deleted your affiant could not see what it was of.

    f. Tweed-McCord: "Whoops sorry, I wanted the picture next to that one"

    g. Jane Doe: "I TOLD U I DIDN'T WANT TO SEE THEM SO [name redacted] DOESN'T"

    h. Tweed-McCord: "Well, at least [name redacted] didn't see the nude"

    i. Tweed-McCord: "That was my dick, by the way"

    j. Jane Doe: "Hey my parents found out that you sent inappropriate stuff to me"

    k. Tweed-McCord: "Well, I sent you that one pic on accident"

14. On July 14, 2023, your affiant checked Tweed-McCord through the Department of Motor Vehicles and found her listed address to be in the City of Hampton, Virginia. Your affiant

6

observed her DMV photograph and date of birth. Tweed-McCord was 25-years-old at the time of the contact with Jane Doe.

15. On July 20, 2023, L.C-V. stated Jane Doe was in the Williamsburg, Virginia area when she received the messages from Tweed-McCord. L.C-V. and Jane Doe left to go to Florida on January 15, 2023.

## CONCLUSION

Based upon the facts set forth above, I submit that probable case exists to believe **KRISTIANA MUNRO TWEED-MCCORD**, has violated Title 18, United States Code, § 2422(b) that whoever knowingly using the mail or any facility or means interstate or foreign commerce…. knowingly persuades, induces, entices, or coerces any individual who has not obtained the age of eighteen to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense or attempts to do so shall be fined under this title and imprisoned.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Heather Call
Task Force Officer
FBI Child Exploitation Task Force
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Lisa R. McKeel.

Reviewed: _____
Lisa R. McKeel
Assistant United States Attorney

7

Subscribed and sworn to before me this 24th day of July 2023, in the City of Norfolk, Virginia.

_____
UNITED STATES MAGISTRATE JUDGE