

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:23CR60 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a Child |
| KRISTIANA MUNRO TWEED-MCCORD | ) | (Count 1) |
| a/k/a Christopher Michael Tweed | ) | |
| | ) | 18 U.S.C. § 1470 |
| | ) | Transfer of Obscene Material to Minor |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 1466A(a)(1) |
| | ) | Receipt of Obscene Visual |
| | ) | Representations of the Sexual Abuse |
| | ) | of Children |
| | ) | (Counts 3-5) |
| | ) | |
| | ) | 18 U.S.C. §§ 1467, 2428 |
| | ) | Forfeiture |
| | ) | |

### SUPERSEDING INDICTMENT

September 2023 Term - At Newport News, Virginia

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 11, 2023, in the Eastern District of Virginia, the defendant, KRISTIANA MUNRO TWEED-MCCORD, a/k/a Christopher Michael Tweed, did use facilities and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years—to wit: Jane Doe #1, age 11, to engage in

1

any sexual activity for which any person could be charged with a criminal offense, namely, Title 18, United States Code, Section 1470.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2023, in the Eastern District of Virginia, the defendant, KRISTIANA MUNRO TWEED-MCCORD, a/k/a Christopher Michael Tweed, did, by means of interstate commerce, knowingly transfer obscene matter to another individual, Jane Doe #1, who had not attained the age of 16, knowing that Jane Doe #1 had not attained the age of 16 years.

(In violation of Title 18, United States Code, Section 1470.)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 25, 2023, in the Eastern District of Virginia, the defendant, KRISTIANA MUNRO TWEED-MCCORD, a/k/a Christopher Michael Tweed, knowingly received a visual depiction that depicted a minor engaging in sexually explicit conduct and is obscene, to wit: an obscene anime cartoon image entitled "1F7EA2B25DBE5A09D1092949F2FA52BE279AF5C7", depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated sadistic and masochistic abuse and lascivious exhibition of the anus, genitals and pubic area of a pre-pubescent female minor, that was mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and that had been shipped and transported in interstate or foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 1466 A(a)(1) and 2252A(b)(1)).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 25, 2023, in the Eastern District of Virginia, the defendant, KRISTIANA MUNRO TWEED-MCCORD, a/k/a Christopher Michael Tweed, knowingly received a visual depiction that depicted a minor engaging in sexually explicit conduct and is obscene, to wit: an obscene anime cartoon image entitled "F0D8042F3353DFC5275AB06EAFB7A1CF8F6D3300", depicting minors engaging in sexually explicit conduct, specifically, actual and simulated sadistic and masochistic abuse and lascivious exhibition of the anus, genitals and pubic area of a pre-pubescent female minor, that was mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and that had been shipped and transported in interstate or foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 1466 A(a)(1) and 2252A(b)(1)).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 25, 2023, in the Eastern District of Virginia, the defendant, KRISTIANA MUNRO TWEED-MCCORD, a/k/a Christopher Michael Tweed, knowingly received a visual depiction that depicted s minor engaging in sexually explicit conduct and is obscene, to wit: an obscene anime cartoon image entitled "F5B673B27305CF37921A1748E73E0BD5053729D", depicting minors engaging in sexually explicit conduct, specifically, actual and simulated lascivious exhibition of the anus, genitals and pubic area of a pre-pubescent female minor, that was mailed

3

and shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and that had been shipped and transported in interstate or foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 1466 A(a)(1) and 2252A(b)(1)).

### FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of the violation alleged in count one of the Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

   a. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

   b. Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2. Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of any of the violations alleged in counts two through five of the Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

   a. Any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18 of the United States Code;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the violation.

    3.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

    4.     The property subject to forfeiture includes, but is not limited to, the following:

        a.     HP ProBook laptop, serial number 5CD142K6Y0, containing Samsung MZ-V8V1T0 1 TB SSD, serial number S64ANS0W116077P; and

        b.     Motorola Moto G Stylus cell phone, IMEI 359099101743815.

(In accordance with Title 18, United States Code, Sections 1467 and 2428).

UNITED STATES v. KRISTIANA MUNRO TWEED-MCCORD
Criminal No.: 4:23cr60

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Lisa R. McKeel
Assistant United States Attorney

6